# COMPLAINT

**(for non-prisoner filers without lawyers)**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 NOV 13 P 12:50

CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Danielle Discepola

indigent

v.

Case Number: 26-C 2109

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Beth Lappen

David Crowley

Mary Lockwood

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

600 W. Walnut Ave Milwaukee, WI 53212
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant David Crowley
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 7725 W Melvina ST
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for DHHS 600 W. Walnut Ave
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;.
2. What each defendant did;.
3. When they did it;.
4. Where it happened; and.
5. Why they did it, if you know..

An elected governor previously held a position as county supervisor. The people who were or currently are employed by the county housing department served as case managers are fact fully, indoubtedly failing to protect welfare of individuals residing in and out of the streets and shelters in the eastern

city of this district that Milwaukee wisconsin has pledged itself as manufacturing state and the citizens residing feel unsafe, without procedure to their well being and privacy. In charitable effort the church and state respective to a bill of human rights is unconstitutional withholding a contract to revise property at two places, the locations are 2600 N. 2ND ST NB, and in named Harambee a great politian once living, but no longer. Milwaukee public library, is a federated library and renovated completion to the infrastructure plan included commerative Martin Luther King Jr to king drive. A location in a direction south of 6TH street 930 Madison

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 10, 000 .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

A person that is the plaintiff is a residing citizen of the U.S.A. The past a working class resident of New Jersey received installment of unemployment insurance and I would like the court to ensure responsibility of the amount.

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 13TH day of November 20 26.

Respectfully Submitted,

Danielle Discepola
Signature of Plaintiff

______________________________
Plaintiff's Telephone Number

______________________________
Plaintiff's Email Address

600 W. Walnut Ave WB

Milwaukee, WI 53212
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.